United States Bankruptcy Court
District of Arizona

In re:
CHRISTINA VALENTINA SANDOVAL
Debtor

Case No. 26-07906-BKM
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 10, 2026 | Form ID: 309A | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CHRISTINA VALENTINA SANDOVAL, 16071 W MESQUITE DRIVE, GOODYEAR, AZ 85338-6817 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: tom@cutlerltd.com | Aug 11 2026 00:21:00 | THOMAS ADAMS MCAVITY, Phoenix Fresh Start Bankruptcy Attorneys, 4131 Main Street, Skokie, IL 60076-2780 |
| tr | + | EDI: FSWHYDER | Aug 11 2026 04:04:00 | SCOTT WILLIAM HYDER, 3420 E. Shea Blvd. Ste. 200, Phoenix, AZ 85028-3348 |
| smg | | EDI: AZDEPREV.COM | Aug 11 2026 03:58:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 18263851 | + | EDI: SYNC | Aug 11 2026 03:58:00 | Amazon, PO Box 965036, Orlando FL 32896-5036 |
| 18263852 | + | Email/PDF: bncnotices@becket-lee.com | Aug 11 2026 00:23:55 | Amex, American Express Customer Service, Attn:, P.O. Box 981535, El Paso TX 79998-1535 |
| 18263853 | + | EDI: AZDEPREV.COM | Aug 11 2026 03:58:00 | Arizona Department of Revenue, P.O. Box 52016, Phoenix AZ 85072-2016 |
| 18263854 | | EDI: BANKAMER | Aug 11 2026 03:58:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington DE 19886 |
| 18263855 | + | EDI: CAPITALONE.COM | Aug 11 2026 04:04:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 18263856 | + | EDI: CAPONEAUTO.COM | Aug 11 2026 04:04:00 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano TX 75024-2302 |
| 18263857 | + | EDI: JPMORGANCHASE | Aug 11 2026 03:58:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington DE 19850-5299 |
| 18263858 | + | EDI: CITICORP | Aug 11 2026 04:04:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis MO 63179-0046 |
| 18263859 | + | EDI: CITICORP | Aug 11 2026 04:04:00 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis MO 63179-0046 |
| 18263860 | + | Email/Text: bankruptcy@credencerm.com | Aug 11 2026 00:23:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate MI 48195-4300 |
| 18263862 | + | EDI: CCS.COM | Aug 11 2026 04:04:00 | Credit Collection Services, Check Processing Center, PO Box 52677, Phoenix AZ 85072-2677 |
| 18263861 | + | EDI: CCS.COM | Aug 11 2026 04:04:00 | Credit Collection Services, 2 Wells Avenue, |

| | | | | |
|---|---|---|---|---|
| | | | | Newton MA 02459-3225 |
| 18263863 | | EDI: IRS.COM | Aug 11 2026 04:04:00 | IRS, Central Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 18263865 | | Email/Text: pjohnson@mysunwest.com | Aug 11 2026 00:22:00 | Sunwest FCU, Attn: Bankruptcy, 5323 N. 99th Ave. Ste. 220, Glendale AZ 85305 |
| 18263866 | + | EDI: SYNC | Aug 11 2026 03:58:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 18263867 | + | EDI: WTRRNBANK.COM | Aug 11 2026 04:04:00 | Target, co Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis MN 55440-9475 |
| 18263868 | + | EDI: WFFC2 | Aug 11 2026 04:04:00 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis MN 55480-0393 |
| 18263870 | + | EDI: WFHOME | Aug 11 2026 04:04:00 | Wfbna Hl, Po Box 10335, Des Moines IA 50306-0335 |
| 18263864 | + | Email/Text: legal@phoenixchildrens.com | Aug 11 2026 00:22:00 | phoenix childrens hospital, 1919 E Thomas Rd, Phoenix AZ 85016-7710 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18263869 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis MN 55480-0393 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| SCOTT WILLIAM HYDER | trusteehyder@scotthyderlaw.com SWH@trustesolutions.net |
| THOMAS ADAMS MCAVITY | on behalf of Debtor CHRISTINA VALENTINA SANDOVAL tom@cutlerltd.com documents@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | CHRISTINA VALENTINA SANDOVAL<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–8455<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of Arizona | Date case filed for chapter: 7 | 8/7/26 |
| Case number: | 2:26–bk–07906–BKM | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | CHRISTINA VALENTINA SANDOVAL | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 16071 W MESQUITE DRIVE<br>GOODYEAR, AZ 85338 | |
| 4. | **Debtor's attorney**<br>Name and address | THOMAS ADAMS MCAVITY<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street<br>Skokie, IL 60076–2780 | Contact phone 602–598–5075<br>Email: tom@cutlerltd.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT WILLIAM HYDER<br>3420 E. Shea Blvd. Ste. 200<br>Phoenix, AZ 85028 | Contact phone 480–331–6107<br>Email: trusteehyder@scotthyderlaw.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727** | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 8/10/26 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 14, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 605 644 5694, and Passcode 5532359324, OR call 1–602–844–1170** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | | |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/13/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(6)(A): **70 Days from Case Filed Date.** | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |